United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| I.M. A MINOR, BY AND THROUGH HIS PARENT AND GUARDIAN, AT LITEM, KAMAL METHTA (FATHER), AN INDIVIDUAL,<br><br>                    Plaintiff,<br><br>          v.<br><br>SANTA CLARA UNIFIED SCHOOL DISTRICT, et al.,<br><br>                    Defendants. | Case No.  16-cv-00719-BLF<br><br>**ORDER REQUIRING STATUS UPDATE** |

On May 16, 2016, the Court denied Plaintiff's petition for the appointment of his father, Kamal Methta, as his guardian ad litem. ECF 13. On June 2, 2016, Plaintiff and Defendant Santa Clara Unified School District appeared for an Initial Case Management Conference, at which counsel for Plaintiff represented that an amended petition for the appointment of a guardian ad litem would be filed within the next week. Since then, nearly two months have passed. Accordingly, the Court ORDERS Plaintiff to submit an amended petition for the appointment of a guardian ad litem or other status update by no later than July 29, 2016.

        **IT IS SO ORDERED.**

Dated: July 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge