# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| I.M. A MINOR, BY AND THROUGH HIS PARENT AND GUARDIAN, AT LITEM, KAMAL METHTA (FATHER), AN INDIVIDUAL, | Case No.  16-cv-00719-BLF |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

On December 16, 2016, the parties advised the Court that they anticipated filing a stipulation of dismissal within 45 days.  ECF 29.  Pursuant to that notice, the Court ordered the parties to file a stipulation of dismissal or a written status update regarding settlement with the Court on two separate occasions.  ECF 30, 31.  The parties responded to the Court's second request for a status update and informed the Court that the parties had "reached settlement."  ECF 32.  Because the parties did not file a stipulation of dismissal, the Court ordered them to do so by February 14, 2017.  ECF 33.  The Court also advised the parties that failure to file a stipulation of dismissal on or before that date would result in dismissal of the case without further notice.  *Id.* As of yet, the parties have not filed a stipulation of dismissal or notified the Court that dismissal is not appropriate at this time.  Accordingly, the Court hereby DISMISSES the above-titled action. The Clerk is directed to close the file.

   **IT IS SO ORDERED.**

Dated: February 17, 2017

BETH LABSON FREEMAN
United States District Judge